# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:13-mj-0017 CMK

Nicholas P. Retteroth

**ORDER TO PAY**

SOCIAL SECURITY #: ~~~~
DATE OF BIRTH: ~~~~
DRIVER'S LICENSE #: ~~~~
ADDRESS: ~~~~
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-29-15

_____
DEFENDANT'S SIGNATURE

Defendant is placed on one year Summary court probation;

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[X] Fine: $ 990.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 1,000.00 within One year ~~days/months, or~~ payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____

Defendant precluded from allowing cattle on Plumas and Lassen National Forest.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~   ~~CLERK, USDC~~   CLERK, USDC
~~PO BOX 70939~~   ~~2500 TULARE ST, RM. 1501~~   501 I STREET, STE. 4-200
~~CHARLOTTE, NC 28272-0939~~   ~~FRESNO, CA 93721-1322~~   SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-29-15

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3